IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGETTE LUNDQUIST,

     Appellant,

v.

LEE COUNTY AND RH
VENTURE II, LLC; RH
VENTURE III; AND
GREENPOINTE
COMMUNITIES, LLC,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-22

_____/

Opinion filed November 2, 2017.

An appeal from an order of the Florida Administration Commission.
Cynthia Kelly, Secretary.

Ralf Brookes, Cape Coral, for Appellant.

Gary K. Hunter, Jr. and Mohammad O. Jazil, Hopping Green & Sams, P.A.,
Tallahassee; Russell P. Schropp of Henderson, Franklin, Starnes & Holt, P.A., Fort
Myers, for Appellees, Greenpointe Communities, LLC, RH Ventures II, LLC, and
RH Ventures III, LLC.

Neysa Borkert, Mark Trank, and Michael Jacob, Lee County Attorney's Office, Fort
Myers, for Appellee, Lee County.

PER CURIAM.

AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.